UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ENGINEERS JOINT WELFARE, PENSION, SUPPLEMENTAL
UNEMPLOYMENT BENEFIT AND TRAINING FUNDS, by
Daniel P. Harrigan, as Administrator; OPERATING ENGINEERS
LOCAL 17 TRAINING FUND, by Frederick Eye, as
Administrative Manager, CENTRAL PENSION FUND OF
THE INTERNATIONAL UNION OF OPERATING
ENGINEERS AND PARTICIPATING EMPLOYERS, by
Michael R. Fanning, as Chief Executive Officer;
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL UNION NO. 17, by Mark N. Kirsh, as Business Manager

Plaintiffs,

- against -

D. LAND CONSTRUCTION CO., INC. and
DADON LAND, Individually,

Defendants.

---

**STIPULATION AND ORDER OF CONDITIONAL DISCONTINUANCE**

Civil Action No.
05-CV-1537
(NAM/GHL)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 28 2006
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned counsel, on behalf of Plaintiffs, stipulates that the above captioned action shall be dismissed without prejudice to the Plaintiffs' right to reopen the case and proceed with entry of judgment pursuant to the Affidavit and Stipulation (Confession) for Entry of Judgment ("Stipulation") executed on April 11, 2006 by Defendant Dadon Land, individually and on behalf of Defendant D. Land Construction Co., Inc. In accordance with the Stipulation, neither Defendant is an infant or incompetent person.

Dated: July 26, 2006

**BLITMAN & KING LLP**

By: _____
Daniel Kornfeld, of Counsel
Bar Roll No. 512729
Attorneys for Plaintiffs
Office and Post Office Address
443 North Franklin Street, Suite 300
Syracuse, New York 13204-1415
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: dekornfeld@bklawyers.com

IT IS ORDERED:

_____
Honorable Norman A. Mordue
United States District Court Judge

July 28, 2006

(callHghDLand -Dismissal)